E.M.C., a minor, by her parents
E.C. and M.C., and E.C. and M.C. individually,

        Plaintiffs,

v.                                             Case No. 25-cv-570-JPS

MILWAUKEE BOARD OF SCHOOL DIRECTORS,
MILWAUKEE PUBLIC SCHOOL BOARD DISTRICT #4,
LONNIE STEELE, ZERDA PALMER,
STEPHANIE ZOLLICOFFER-PHILLIPS, and
XYZ INSURANCE COMPANY,

        Defendants.

## MOTION FOR ENTRY OF DEFAULT

Plaintiffs, by and through their attorney, Kristen Lojewski of Lojewski Abuse & Injury Law, requests the Clerk of Court enter default against Defendant Lonnie Steele, pursuant to Fed. R. Civ. P. 55(a) for the following reasons:

1. Plaintiffs filed their Complaint on April 19, 2025. (ECF No. 1).

2. Defendant Lonnie Steele was personally served with Plaintiffs' Complaint on June 9, 2025. (ECF No. 12).

3. Defendant Lonnie Steele's Answer was due on June 30, 2025.

4. On July 30, 2025, Defendant Lonnie Steele was personally served with a correspondence dated July 11, 2025 notifying Steele of Plaintiffs' intent to seek default. (ECF No. 20-1, *7/11/25 correspondence*) (EX. 1, Aff. of Service).

5. In part, Plaintiffs' correspondence to Steele stated "*If you do not file a response or otherwise appear **within seven (7) days of receipt of this notice**, Plaintiffs will request*

1

*that the clerk enter your default under Federal Rule of Civil Procedure 55(a) and will*

*then seek default judgment from the Court under Rule 55(b).*"

6. To date, Defendant Steele has failed to respond to Plaintiffs' Complaint or file an appearance of any sort in this matter.

WHEREFORE, Plaintiffs respectfully request the Clerk of Court enter default against Defendant Lonnie Steele.

Dated this 21st day of August, 2025.


Respectfully submitted,

/s/ *Kristen Lojewski*
Kristen Lojewski, SBN 1122922
Lojewski Abuse & Injury Law
225 E. Fairmount Ave., Ste. 4
Milwaukee, WI 53217
P: (414) 999-3771
F: (414) 999-3771
kristen@lojewskilaw.com
Attorney for Plaintiffs