# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Wisconsin

Case Number: 2:25CV00570

Plaintiff:
**E.M.C., ET AL**
vs.
Defendant:
**MILWAUKEE PUBLIC SCHOOL BOARD DISTRICT #4, ET AL**

For: Lojewski Abuse & Injury Law

Received these papers to be served on **LONNIE STEELE DOC # 00620635, @ JOHN C BURKE CORRECTIONAL CENTER, 900 S MADISON ST, WAUPUN, WI 53963.** I, _JUSTIN LANDAAL_, being duly sworn, depose and say that on the _30TH_ day of _JULY_, 20 _25_ at _3:25_ pm., executed service by delivering a true copy of the **Letter** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) GOVERNMENT SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: Documents posted on a conspicuous place on the property described herein after attempting serviceas detailed in the Comments below.

( ) NON SERVICE: For the reasons detailed in the Comments below.

COMMENTS:_____
_____
_____
_____

Age ____ Sex M F Race _____ Height _____ Weight _____ Hair _____ Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Service Fee: _____

Subscribed and Sworn to before me on the _30_ day of _July_, _2025_ in _Dodge_ County, State of _Wisconsin_.

_Ashley Dynak_
NOTARY PUBLIC
My Commission Expires: _4/17/2029_

Server Signature

Our Job Serial Number: 2025012668



Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



**PLAINTIFF'S EXHIBIT 1**