E.M.C., a minor, by her parents
E.C. and M.C., and E.C. and M.C. individually,

        Plaintiffs,

v.                                   Case No. 25-cv-570-JPS

MILWAUKEE BOARD OF SCHOOL DIRECTORS,
MILWAUKEE PUBLIC SCHOOL BOARD DISTRICT #4,
LONNIE STEELE, ZERDA PALMER,
STEPHANIE ZOLLICOFFER-PHILLIPS, and
XYZ INSURANCE COMPANY,

        Defendants.

## MILWAUKEE BOARD OF SCHOOL DIRECTORS' MOTION FOR LEAVE TO FILE AMENDED ANSWER AND CROSSCLAIM

Pursuant to Rules 15(a) and 21 of the Federal Rules of Civil Procedure and Local Rule 15, Defendant Milwaukee Board of School Directors (hereinafter, the "Board"), by their attorney, Evan Goyke, City Attorney, represented by Assistant City Attorney Clint B. Muche, Assistant City Attorney Jordan Schettle, and Assistant City Attorney Sheila Thobani, respectfully moves this Court for leave to file an Amended Answer and Crossclaim, a copy of which is attached to this Motion as **Exhibit 1**. The only difference between the Answer and the proposed Amended Answer and Crossclaim is the addition of the Crossclaim and the allegations in support thereof.

The proposed Amended Answer and Crossclaim seeks declaratory judgment that Defendant Steele is not entitled to indemnification as to judgment or reimbursement of reasonable attorney fees or costs pursuant to Wis. Stat. § 895.46 because the conduct giving rise to this civil suit did not occur within the scope of (Steele's) employment. The proposed Amended Answer

does not otherwise alter the Board's substantive responses to Plaintiffs' Complaint allegations. Plaintiffs' counsel has indicated that Plaintiffs will object.

For these reasons and as more fully set forth in the Board's accompanying Memorandum of Law in Support of its Motion, the filing of the Amended Answer and Crossclaim is proper, and the Court should grant the Motion for leave to file an amended answer and crossclaim.

Dated and signed at Milwaukee, Wisconsin this 18th day of August, 2025.

EVAN GOYKE
City Attorney

/s/ Clint B. Muche
CLINT B. MUCHE
Assistant City Attorney
State Bar No. 1131629
Email: cmuche@milwaukee.gov
SHEILA THOBANI
Assistant City Attorney
State Bar No. 110817
Email: sthoba@milwaukee.gov
JORDAN SCHETTLE
Assistant City Attorney
State Bar No. 1104571
Email: jschet@milwaukee.gov

*Attorneys for Defendants Milwaukee Board of School Directors*

ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: (414) 286-2601
Fax: (414) 286-8550