# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| E.M.C., a minor, by her parents E.C. and M.C., and E.C. and M.C. individually,<br><br>Plaintiffs,<br><br>v.<br><br>MILWAUKEE BOARD OF SCHOOL DIRECTORS, MILWAUKEE PUBLIC SCHOOL BOARD DISTRICT #4, LONNIE STEELE, ZERDA PALMER, STEPHANIE ZOLLICOFFER-PHILLIPS, and XYZ INSURANCE COMPANY,<br><br>Defendants. | Case No. 25-CV-570-JPS<br><br><br>**SCHEDULING ORDER** |

In order that the above-captioned litigation—now pending since April 2025—be brought to conclusion, the following dates have been set:

**INTERIM SETTLEMENT REPORT:** **Friday, February 27, 2026**

**DISPOSITIVE MOTIONS:** **Wednesday, April 1, 2026**

Unless otherwise specified, the parties remain obligated to follow the protocols and deadlines as set by the Federal Rules of Civil Procedure, the Eastern District of Wisconsin Local Rules, and the Court's Comprehensive Protocols and Procedures Order. ECF No. 2. Motions for extensions of time will not be looked upon favorably. The parties and their counsel are bound by the dates set herein, and no extensions or continuances will be granted without good cause shown.

Dated at Milwaukee, Wisconsin, this 14th day of October, 2025.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge