


# ONEIDA COUNTY SHERIFF'S OFFICE

| Grady M. Hartman | Terri M. Hook |
|---|---|
| Sheriff | Chief Deputy |

## CERTIFICATE OF SERVICE

**State of Wisconsin**
**County of Oneida**

Sheriff File Number: 2026-00000144
Case Number:  25CV570JPS

Milwaukee Board of School Directors
**Plaintiff**
 vs.
Lonnie Steele
E.M.C., E.C. and M.C.
**Defendant**

### SERVICE INFORMATION

**Person Served:** Lonnie Steele-DOC#00620635          **Address:** 8500 Rainbow Rd.
**Served By:** Deputy Sara Wolosek          **City/Town:** Lake Tomahawk
**Service Type:**   Personal          **State:** WI **Zip:** 54539
**Date/Time Served:** February 13, 2026/8:29 am

**Document Type:**  Summons in a Civil Action, Milwaukee Board of School Directors' Amended Answer to Plaintiffs' Complaint and Crossclaim.

I, Sheriff or Designee, of Oneida County Sheriff's Office do hereby certify the above information, location, date and time are true and correct.  Service was made by delivering to and leaving with a true copy thereof.  Said person being known or identified as the person mentioned and described therein, or as a person of suitable age and discretion.

Sheriff or Designee,
Oneida County Sheriff's Office

BY: _____

**Jenny L. Pappas**
Authorized Representative
Support Services Division