E.M.C., a minor, by her parents
E.C. and M.C., and E.C. and M.C. individually,

Plaintiffs,

v.                                                                                    Case No. 25-cv-570-JPS

MILWAUKEE BOARD OF SCHOOL DIRECTORS,
MILWAUKEE PUBLIC SCHOOL BOARD DISTRICT #4,
LONNIE STEELE, ZERDA PALMER,
STEPHANIE ZOLLICOFFER-PHILLIPS, and
XYZ INSURANCE COMPANY,

Defendants.

### JOINT MOTION TO AMEND THE SCHEDULING ORDER

NOW COME the parties,[1] by and through their undersigned counsel, and jointly request that the Court amend its scheduling order in the above-entitled case because discovery is on-going, the parties have not completed all discovery necessary to support their respective positions on dispositive motions, and additional time is needed to depose witnesses expected to testify if this case proceeds to trial. *See generally* ECF No. 2. The parties state that good cause to amend the scheduling order exists because:

1. The parties filed a joint discovery plan on August 25, 2025;

2. Defendants filed their first motion to amend their Answer and Crossclaim on September 12, 2025;

---

[1] Defendants Milwaukee Board of School Directors, Milwaukee Public School Board District #4, Zerda Palmer, and Stephanie Zollicoffer-Phillips (the "District Defendants"), appear by their attorney, Evan Goyke, City Attorney, represented by Assistant City Attorneys Clint B. Muche, Jordan Schettle, and Sheila Thobani; Plaintiffs E.M.C., E.C., and M.C., appear by their attorneys, Lojewski Abuse & Injury Law, represented by Attorney Kristen Lojewski.

3. The Court issued its scheduling order on October 14, 2025;

4. The parties served initial disclosures upon one another on October 28, 2025. Defendants' initial disclosures identified twenty-five (25) individuals likely to have discoverable information. Plaintiffs' initial disclosures identified potential witnesses by category including: the minor plaintiff and her family; Milwaukee Public Schools (MPS) students, families, and staff; Milwaukee Police Department (MPD) staff; medical and/or mental health treatment providers; and others.

5. Plaintiffs and Defendants additionally served discovery requests upon one another on October 28th.

6. Defendants produced 1,300 pages and five (5) videos comprising approximately ninety (90) minutes of recordings in response to Plaintiffs' discovery requests on December 23, 2025, and January 27, 2025. On December 1, 2025, Plaintiffs provided written objections to Defendants' interrogatories stating "Plaintiffs will supplement their response … at the conclusion of discovery."

7. Defendant Milwaukee Board of School Directors (MBSD) served its second set of discovery requests on Plaintiffs on February 13, 2026.

8. The parties conferred and selected deposition dates in late January and early February. Depositions were scheduled for February 26th (Defendants Palmer and Zollicoffer-Phillips), February 27th (Traci Kennedy); March 6th (Phebe Smith); March 13th (Adenike Adeleke); and March 16th (Defendant Lonnie Steele).

9. For reasons outside of the parties' control, depositions planned for February 26th and 27th had to be rescheduled. The parties have met and conferred regarding witness

2

availability and are working together to identify mutually convenient dates in April or May 2026.

10. Plaintiffs have identified, and the parties have discussed, at least four (4) additional depositions involving current and/or former MPS employees as well as a list of topics to be addressed by (a) designee(s) pursuant to Fed. R. Civ. P. 30(b)(6).

11. Attorney Thobani has limited availability in March due to previously scheduled mediations and hearings. Attorney Muche will attend an out-of-state continuing legal education conference the week of April 6, 2026. Plaintiffs' counsel anticipates being on trial the week of April 27, 2026.

WHEREFORE, the parties respectfully request that the Court amend its prior scheduling order extending the deadlines to allow the parties to complete all discovery necessary to support their respective positions upon dispositive motions and to depose witnesses expected to testify consistent with the Court's protocols and procedures for civil cases. The parties jointly request the schedule be amended as follows:

(1) Interim Settlement Report: Monday, June 29, 2026

(2) Dispositive Motions: Thursday, July 30, 2026

Dated and signed at Milwaukee, Wisconsin this 2nd day of March, 2026.

DATED: <u>March 2, 2026</u>        **LOJEWSKI ABUSE & INJURY LAW**

225 E. Fairmount Ave., Ste. 4
Milwaukee, WI 53217
P: (414) 999-3771
F: (414) 999-3771
kristen@lojewskilaw.com

<u>s/ Kristen Lojewski</u>
Kristen Lojewski, SBN: 1122922

Attorney for Plaintiffs

DATED: <u>March 2, 2026</u>        **CITY ATTORNEY'S OFFICE**
EVAN C. GOYKE
City Attorney

800 City Hall / 200 East Wells Street
Milwaukee, WI 53202
P: (414) 286-2601
F: (414) 286-8550
cmuche@milwaukee.gov
sthoba@milwaukee.gov
jschet@milwaukee.gov

<u>s/ Clint B. Muche</u>
Clint B. Muche, SBN: 1131629
Sheila Thobani, SBN: 110817
Jordan Schettle, SBN: 1104571

Attorneys for Defendants Milwaukee Board of School Directors, Milwaukee Public School Board District #4, Zerda Palmer, and Stephanie Zollicoffer-Phillip

4