# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

E.M.C., E.C., and M.C.,

                Plaintiffs,

v.

MILWAUKEE PUBLIC SCHOOL
BOARD DISTRICT #4, MIWAUKEE
BOARD OF SCHOOL DIRECTORS,
ZERDA PALMER, STEPHANIE
ZOLLICOFFER-PHILLIPS, LONNIE
STEELE, and XYZ INSURANCE
COMPANY,

                Defendants.

Case No. 25-CV-570-JPS

**AMENDED
SCHEDULING
ORDER**

In consideration of the parties' joint motion, ECF No. 44, to amend the Court's prior scheduling order, ECF No. 32, the motion is granted and the following dates are re-set:

| | |
|---|---|
| **INTERIM SETTLEMENT REPORT:** | **Monday, June 1, 2026** |
| **DISPOSITIVE MOTIONS:** | **Wednesday, July 1, 2026** |

Unless otherwise specified, the parties remain obligated to follow the protocols and deadlines as set by the Federal Rules of Civil Procedure, the Eastern District of Wisconsin Local Rules, and the Court's Comprehensive Protocols and Procedures Order. ECF No. 2. Motions for extensions of time will not be looked upon favorably. The parties and their

counsel are bound by the dates set herein, and no extensions or continuances will be granted without good cause shown.

Dated at Milwaukee, Wisconsin, this 3rd day of March, 2026.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge