# COURT MINUTES OF STATUS HEARING

E.M.C., E.C., and M.C.,

v.					CASE NO. 25-CV-570-JPS

MILWAUKEE PUBLIC SCHOOL BOARD DISTRICT #4, MILWAUKEE BOARD OF SCHOOL DIRECTORS, ZERDA PALMER, STEPHANIE ZOLLICOFFER-PHILLIPS, LONNIE STEELE, and XYZ INSURANCE COMPANY.

## HON. J. P. STADTMUELLER PRESIDING

DATE: June 18, 2026					TIME SCHEDULED: 10:00 a.m.

COURT DEPUTY/CLERK: Caitlin Fernandez Zamora		TIME CALLED: 10:01 a.m.

COURT REPORTER: Tom Malkiewicz			TIME FINISHED: 10:17 a.m.

PLAINTIFFS BY: Kristen Lojewski

SCHOOL BOARD DEFENDANTS BY: Clint Muche

Notes:

10:01  Case called; appearances

10:02  Court puts background of the case on the record; Court asks for status of this matter given when it was filed and upcoming deadlines

10:02  Plaintiff provides update on discovery; discusses issue regarding defendants lacking settlement authority for the relevant insurance companies

10:05  Court advises Plaintiffs' counsel to name the appropriate insurance companies and see where discovery goes with them; Court indicates that the City Attorney should put resources into concluding this case; Court further indicates that a default judgment should be sought as to Lonnie Steele

10:07  School Board Defendants agree that too much time has time has passed regarding discovery; details discovery efforts on behalf of the City of Milwaukee; City denies that it is responsible for Lonnie Steele's conduct; Defendant requests a 60-day extension of the dispositive motion deadline

10:10  Court recounts that it has already extended the dispositive motion deadline once

10:11 Plaintiffs indicate that Lonnie Steele's employment file is a key document that has not been provided; Plaintiffs would object to any extension of a dispositive motion deadline; Defendants first asked to schedule Plaintiffs' depositions on June 12, 2026

10:14 The Court will not extend the dispositive motions deadline from July 1, 2026

10:14 Court provides the following dates if the case does not resolve short of trial:
   *Daubert* motions and any motions *in limine* are due Wednesday, November 25, 2026
   Final Pre-Trial report is due by 2 p.m. on Tuesday, December 1, 2026
   Final Pre-Trial Conference will be on Tuesday, December 8, 2026 at 8:30 AM
   Trial shall begin Monday, December 14, 2026 at 8:30 AM

10:17 The parties have nothing further to discuss

10:17 Court stands in recess