# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| E.M.C., E.C., and M.C.,<br><br>            Plaintiffs,<br><br>v.<br><br>MILWAUKEE PUBLIC SCHOOL BOARD DISTRICT #4, MILWAUKEE BOARD OF SCHOOL DIRECTORS, ZERDA PALMER, STEPHANIE ZOLLICOFFER-PHILLIPS, LONNIE STEELE, and XYZ INSURANCE COMPANY,<br><br>            Defendants. | Case No. 25-CV-570-JPS<br><br><br><br>**TRIAL SCHEDULING ORDER** |

In order that the above-captioned litigation—now pending since April 2025—be brought to conclusion, the following dates have been set before the Honorable J.P. Stadtmueller:

**FINAL SETTLEMENT REPORT:** **Friday, November 13, 2026**

**MOTIONS IN LIMINE:** **Wednesday, November 25, 2026**

**RULE 702 MOTIONS:** **Wednesday, November 25, 2026**

**FINAL JOINT PRETRIAL REPORT:** **Tuesday, December 1, 2026 at 2:00 PM**

**FINAL PRETRIAL**

**CONFERENCE:** Tuesday, December 8, 2026 at 8:30 AM

**JURY TRIAL:** Monday, December 14, 2026 at 8:30 AM

Proceedings will take place in Courtroom 425 of the United States Federal Building, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, 53202.

Unless otherwise specified, the parties remain obligated to follow the protocols and deadlines as set by the Federal Rules of Civil Procedure, the Eastern District of Wisconsin Local Rules, and the Court's Comprehensive Protocols and Procedures Order. ECF No. 2. Motions for extensions of time will not be looked upon favorably. The parties and their counsel are bound by the dates set herein, and no extensions or continuances will be granted without good cause shown.

Dated at Milwaukee, Wisconsin, this 18th day of June, 2026.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge