November 10, 2026

***VIA PACER E-FILE ONLY:***
The Honorable Judge Stadtmueller
United States Courthouse, Room 471
517 East Wisconsin Avenue
Milwaukee, WI 53202

**RE: Case No. 2:25-cv-00570-JPS**
**E.M.C et al. v. Milwaukee Board of School Directors et al.**

**JOINT FINAL SETTLEMENT REPORT**

Dear Judge Stadtmueller:

Pursuant to the Court's Trial Scheduling Order (Dkt. 48), the parties hereby submit their Final Settlement Report and state as follows:

The parties participated in mediation on November 9, 2026, with the Honorable David Jones (Ret.) serving as mediator. The mediation was successful, and the parties reached an agreement to resolve this matter in its entirety.

The parties are currently working toward finalizing and executing the necessary settlement documents and effectuating the terms of their agreement. Upon completion of the settlement, including receipt of the agreed-upon settlement funds, the parties will promptly file the appropriate dismissal documents with the Court.

Dated this 10th day of November, 2026

**ON BEHALF OF PLAINTIFFS**

LOJEWSKI ABUSE & INJURY LAW

*/s/ Kristen Lojewski*
Kristen Lojewski, SBN: 1122922
225 E. Fairmount Ave., Ste. 4
Milwaukee, WI 53217
Tel: (414) 999-3771
kristen@lojewskilaw.com

Dated this 10th day of November, 2026

**ON BEHALF OF MPS/Palmer/Zollicoffer DEFENDANTS**

VON BRIESEN & ROPER, S.C.

*/s/ Laurie McLeRoy*
Laurie McLeRoy, SBN: 1018964
411 E. Wisconsin Ave., Ste. 1000
Milwaukee, WI 53202
Tel: (414) 287-1480
laurie.mcleroy@vonbriesen.com